**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00473-CV

**LYNDALL D. MCDANIEL, Appellant**

**V.**

**JESSY DALE SMITH, Appellee**

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC1300047**

## ORDER

We **GRANT** appellee's first motion to extend time to file brief and **ORDER** the brief tendered to the Clerk of the Court September 18, 2015 filed as of the date of this order.

/s/ CRAIG STODDART
   JUSTICE